FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 APR 20 PM 1:09

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:11CR109 |
| vs. | ) INDICTMENT |
| | ) 8 U.S.C. § 1326 (a) and § 1326 (b)(2) |
| HUGO MUNOZ CARVAJAL, | ) |
| Defendant. | ) |

The Grand Jury Charges:

### COUNT I

On or about April 2, 2011, in the District of Nebraska, HUGO MUNOZ CARVAJAL, Defendant herein, an alien who, after a conviction for an aggravated felony, had been denied admission, excluded, deported and removed and who had departed the United States while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully entered the United States and was found in the District of Nebraska, without first having obtained consent from the United States Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557) to reapply for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a), and subject to sentencing under Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
JUSTIN C. DAWSON
Assistant United States Attorney